UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>    Petitioner,<br><br>    v.<br><br>B. WATSON, Acting Warden,<br><br>    Respondent. | No. 1:17-cv-00685-SKO HC<br><br>**ORDER STRIKING DOCUMENT 4**<br><br>**(Doc. 4)** |

Petitioner Thomas C. Shrader is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 24, 2017, the Court ordered a response to the petition in the above-entitled case. The Court's having become aware of prior habeas petitions filed by Petitioner,[1] the Court hereby STRIKES Document 4.

IT IS SO ORDERED.

Dated: __**May 24, 2017**__            /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] *See Shrader v. Zuniga* (1:15-cv-00439-LJO-MJS) and *Shrader v. Gill* (1:14-cv-01269-LJO-MJS HC).

1