# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>               Petitioner,<br><br>v.<br><br>B. WATSON,<br><br>               Respondent. | CASE NO. 1:17-cv-00685-DAD-SKO  HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR WAIVER OF APPELLATE FILING FEE |

Petitioner, a federal prisoner appealing this Court's denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, moves the Court for waiver of the appellate filing fee. A petitioner who was authorized to file *in forma pauperis* in the District Court may proceed on appeal without further authorization unless the District Court finds that the appeal is not taken in good faith or that the petitioner is not otherwise entitled to proceed *in forma pauperis*. F.R.App.P. 24(a)(3).

On May 18, 2017, the Court authorized Petitioner to proceed *in forma pauperis*. Doc. 3. The Court has not found that the appeal was not taken in good faith or that Petitioner is not otherwise entitled to continue without payment of the filing fee. This means that Petitioner's appeal may proceed without the District Court's waiving the appellate filing fee.

//

//

1

Based on the foregoing, Petitioner's motion for waiver of appellate filing fee is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  **September 29, 2017**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE